Ludwig Herbst, Respondent, *v.* The Vacuum Oil Company, Appellant.

(Argued October 16, 1894; decided October 30, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 28, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Theodore Bacon* for appellant.

*George Truesdale* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

Addie V. Tuthill, Respondent, *v.* United Life Insurance Association, Appellant.

(Argued October 17, 1894; decided November 2, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Harry Wilbur* for appellant.

*William F. O'Neill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.